UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MALDONADO,<br>　　　　　Plaintiff, | :<br>:<br>: |
| v. | :　No. 5:25-cv-1673 |
| CITY OF ALLENTOWN,<br>　　　　　Defendant. | :<br>:<br>: |

## **O R D E R**

**AND NOW**, this 27th day of August, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 8, is **GRANTED in part and DENIED in part** as follows:

    A. The request to dismiss Counts I and II (discrimination) is granted. Counts I and II are **DISMISSED without prejudice**.

    B. The request to dismiss Counts III and IV (retaliation) is denied.

2. **Within twenty days of the date of this Order**, Plaintiff may file an amended complaint as to Counts I and II with additional factual allegations to support the discrimination claims.[1] If Plaintiff fails to timely file an amended complaint, the case will proceed on Counts III and IV only.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

1　The amended complaint must be a complete document and must therefore also reassert Counts III and IV. Counsel is asked to correct the spelling of Casandra Magliane and to be consistent throughout.