UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MALDONADO,<br>    Plaintiff,<br><br>v.<br><br>CITY OF ALLENTOWN<br>    Defendant. | :<br>:<br>:<br>:    No. 5:25-cv-1673<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 7th day of November, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Motion to Dismiss, ECF No. 13, is **GRANTED**.

2. Counts I and II are **DISMISSED with prejudice**.

3. **Within fourteen (14) days of the date of this Order**, Plaintiff shall file an Answer to Counts III and IV in the Amended Complaint.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge